JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ALEXANDER CARRILLO, individually,<br><br>Plaintiff,<br><br>v.<br><br>SODEXO, INC., a Delaware Corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:20-cv-7107-DSF (MAAx)<br><br>**ORDER**<br><br>Hon. Dale S. Fischer |

Pursuant to the parties' stipulation, it is **ORDERED** that Plaintiff ALEXANDER CARRILLO's claims are hereby **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED.

DATED: April 14, 2021

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE

1

**ORDER**